UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No. CV 11-8095 DMG (AJWx)            Date: January 24, 2014

Title: Rick Cunningham v. Lamar Seymour, et al.
=================================================================
PRESENT:       **HON. <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

         <u>   Ysela Benavides   </u>          <u>                         </u>
              Deputy Clerk                      Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                              None Present


**ORDER REGARDING REQUEST FOR ENTRY OF PROTECTIVE ORDER TO PROTECT CONFIDENTIAL INFORMATION**

The request is **denied** without prejudice. The proposed order is inconsistent with Local Rule 79-5.1 and does not satisfy the stringent test for filing documents under seal. <u>See</u>, <u>e.g</u>., <u>Pintos v. Pacific Creditors Ass'n</u>, 605 F.3d 665, 677-679 (9th Cir. 2010); <u>Kamakana v. City & County of Honolulu</u>, 447 F.3d 1172, 1178-1180 (9th Cir. 2006).

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL-GEN