# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK CUNNINGHAM, | Case No. CV 11-08095 DMG (AJWx) |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| LAMAR SEYMOUR, et al., | |
| Defendants. | |

This Court having granted the motion by Plaintiff Rick Cunningham for default judgment by order dated March 26, 2014 [Doc. # 95], and having granted the motion for reconsideration of the denial of the motion to amend by order dated July 21, 2014 [Doc. # 113],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Rick Cunningham against Defendant Noel Fisher in the following amount: $640,321.57.

**IT IS SO ORDERED.**

DATED: July 21, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**cc: Fiscal Services**

-1-